Argued: January 4, 2018

IN THE COURT OF APPEALS OF MARYLAND

Misc. No. 22

September Term, 2017

_____

IN RE THE APPLICATION OF

DAVID LOUIS SILVERMAN, SR.  FOR

ADMISSION TO THE BAR OF MARYLAND

_____

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten,

JJ.

_____

ORDER

_____

Filed: January 5, 2018

IN RE THE APPLICATION OF              \*       In the

DAVID LOUIS SILVERMAN, SR. FOR     \*       Court of Appeals of Maryland

ADMISSION TO THE BAR OF MARYLAND    \*       Misc. No. 22, September Term, 2017


O R D E R


The Court having considered the recommendations of the Character Committee for the Third Appellate Circuit of Maryland and the State Board of Law Examiners, and the oral argument of the applicant presented at a show cause hearing held before this Court on January 4, 2018, it is this 5th day of January, 2018,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the favorable recommendations of the Character Committee for the Third Appellate Circuit, and of the State Board of Law Examiners be, and are hereby accepted, and it is further

ORDERED, that the applicant, upon taking the oath prescribed by the statute, be admitted to the practice of law in this State.


/s/ Mary Ellen Barbera
Chief Judge


Judge Getty did not participate in the consideration of this matter.